UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

JENNIFER M. LAMARCA,

        CIVIL ACTION NO.:
        1:19-cv-00118

      Plaintiff,

v.

JAMES LEE MCINTOSH and
GENERAL MOTORS, LLC,

      Defendants.

---------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I certify that on January 23, 2019 I did serve a true copy of the Notice of Removal on The Law Office of Jon Louis Wilson, attorneys of record for plaintiffs, in the above-entitled action, by causing such documents to be placed in the United States Mail, first-class postage prepaid, sealed, and addressed to The Centennial House, 111 Ontario Street Lockport, NY 14094

*[signature]*
Tamara R. Littleton

Sworn to before me this

23rd day of January, 2019

*[signature]*
Notary Public

ELIZABETH F. WEICHSEL
Notary Public State of New York
Qualified in Rensselaer County
No. 01WE4639863
Commission Expires March 30, 20__