NYSCEF  
Erie County Supreme Court

**Document List**  
**Index #  819526/2018**

Created on:01/24/2019 12:06 PM

Case Caption:   **Jennifer M. LaMarca v. James Lee McIntosh et al**

Judge Name:

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | SUMMONS + COMPLAINT | Processed | 12/14/2018 | Wilson, J. |
| 2 | NOTICE OF REMOVAL / REMAND (PRE RJI) | Processed | 01/24/2019 | Kordich, K. |
| 3 | EXHIBIT(S)<br>Notice of Removal - Filed | Processed | 01/24/2019 | Kordich, K. |